UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAURIE ANN CLARK,

               Plaintiff,

        -v-                             6:12-CV-1507
                                     (DNH/ATB)

CAROLYN W. COLVIN, Commissioner of
Social Security,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

EMPIRE JUSTICE CENTER            LOUISE MARIE TARANTINO, ESQ.
Attorneys for Plaintiff
119 Washington Avenue
2nd Floor
Albany, NY 12210

OFFICE OF GENERAL COUNSEL      PETER W. JEWETT, ESQ.
Social Security Administration          DENNIS J. CANNING, ESQ.
Region II
Attorneys for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278


DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

     Plaintiff Laurie Ann Clark filed this action seeking judicial review of a final decision of

the Commissioner of Social Security denying her application for disability insurance benefits

and supplemental security income payments. By Report-Recommendation dated November

18, 2013, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that the decision of the Commissioner be affirmed and plaintiff's complaint be dismissed. Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. The Commissioner's decision is AFFIRMED; and

2. Plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to file a judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: December 18, 2013
      Utica, New York.